[No. 26958-5-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTY
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01917-1, Patricia H. Aitken, J., entered September 21, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Scholfield and Baker, JJ.

[No. 28515-7-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY
LEROY BEVAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-03249-5, Dale B. Ramerman, J., entered May 29, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Grosse, J.

[No. 28663-3-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
A. FUHRMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8146, Michael F. Moynihan, J., entered April 3, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Grosse, J.